**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand twenty-two,

_____

Robert W. Johnson,

    Petitioner,

v.

Extended Stay America Inc., Pro Se Corporation, Jefferson County Department of Social Services, Pro Se Government, Teresa Gaffney, Pro Se Corporation Government Employee, Deborah Labadini, Pro Se Corporation Government Employee, M. Burns, Pro Se Government Employee, Tracy Eveleigh, Pro Se Corporation Government Employee, Robert J. Rodriguez, Pro Se Government Employee, Georgeann Stevenson, Pro Se Government Employee, ESA Management LLC, Pro Se Corporation, Shari Gozzi, Pro Se Corporation, The Workplace, Pro Se Government Corporation, Kathy Hochul, Pro Se Government Employee,

    Respondents.
_____

**ORDER**
Docket No. 22-1890

On September 13, 2021 this Court entered an order in Johnson v. New York Police Department and 20-2798, requiring appellant to file a motion seeking leave of this Court prior to filing any future appeals.

A notice of appeal in the above referenced case was filed. The Court has no record that appellant sought the Court's permission to appeal prior to filing the notice of appeal.

IT IS HEREBY ORDERED that this case is dismissed effective September 20, 2022 unless a motion seeking leave of this Court is filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/05/2022